**No. 45318.**—Petitions 6088–R, etc., of Arkell Safety Bag Co. (New York).

Opinion by BROWN, J.  It appeared that the market value of the Kraft paper in question went up and down in the course of 10 years and that there was no intention on the part of the importer to deceive the customs officials or to defraud the Government.  The petitions were therefore granted.